AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>Hernan Arteaga-Solchaga<br><br>*Defendant(s)* | Case No.<br>25-mj-274-REP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2025__ in the county of __Canyon__ in the __Southern__ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b) | Deported Alien Found in the United States |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Mitch Bierle.

☑ Continued on the attached sheet.

*Complainant's signature*

Mitch Bierle, Special Agent HSI
*Printed name and title*

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney Christian S. Nafzger in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 10/22/2025

*Judge's signature*

City and state: Boise, Idaho    Raymond E. Patricco, Chief Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mitch Bierle, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations and as such, am designated by the Secretary of the Department of Homeland Security to investigate violations of immigration and nationality laws of the United States and make arrests for violations of immigration laws under Title 8 and Title 18 of the United States Code.

2. I have been employed by the United States Department of Homeland Security, Homeland Security Investigations (HSI) for approximately six years and was previously employed by the Department of Homeland Security, United States Border Patrol for approximately eleven years. I am currently assigned to the Boise, Idaho, HSI office.

3. I make this affidavit in support of a criminal complaint to arrest and charge Hernan ARTEAGA-SOLCHAGA for a violation of 8 U.S.C. § 1326 (a) and (b) (Deported Alien Found in the U.S.).

4. The statements contained in this affidavit are based, in part, on information that I have obtained during investigative activities. The statements are also based on law enforcement database searches, as well as my experience, training and background as a special agent with the HSI. Because this affidavit is submitted for the limited purpose of securing authorization for the requested criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## PROBABLE CAUSE

5. Hernan ARTEAGA-SOLCHAGA was encountered on October 19, 2025, after being detained by the Federal Bureau of Investigations (FBI) and Canyon County Sheriff's Office (CCSO) during a multi-agency enforcement action targeting a large illegal gambling and criminal enterprise, located at 27410 Peckham Rd, Wilder, Idaho. ARTEAGA was questioned by FBI and CCSO, during questioning it was noted that ARTEAGA may not be a citizen of the United States. At that time, he was referred to ICE-ERO Officers who were on site. During the identification process, ARTEAGA stated that he is a citizen and national of Mexico by virtue of birth. It was determined by immigration officers on the scene that ARTEAGA was not in possession of valid

1

immigration documents allowing him to be or remain in the United States legally. ARTEAGA was placed under arrest and transported to the Boise, ICE office for processing.

6. As part of the processing, fingerprints were taken from ARTEAGA and submitted to the FBI for comparison. The FBI confirmed that the prints submitted match the fingerprints on record for ARTEAGA, FBI number 546835DH5 and Alien Number A206 351 751. The record check of the criminal history associated with FBI number 546835DH5 indicate ARTEAGA was convicted on September 30, 2015, in the United States District Court, District of Idaho for the offense of Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 846, 841 (a)(1) and (b)(1)(C) and 846. For this offense, ARTEAGA was sentenced to thirty months of imprisonment.

7. Records checks on A206 351 751 indicate ARTEAGA was ordered removed September 1, 2017 and removed to Mexico on September 5, 2017. Agents reviewed government databases and were unable to locate any petitions or applications pending or approved for ARTEAGA to legally re-enter the United States.

## CONCLUSION

8. Therefore, your Affiant submits that there is probable cause to believe ARTEAGA violated 8 U.S.C. § 1326 (a) and (b) (Deported Alien Found in the U.S.) and respectfully asks that this Court authorize an arrest warrant.

Respectfully submitted,

*[signature]*

Mitch Bierle, Special Agent
Homeland Security Investigations

Subscribed and sworn to me via zoom on October 22, 2025.

*[signature]*

Honorable Raymond E. Patricco
United States Chief Magistrate Judge